UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIONE S. HOKO, | Case No.: 14-CV-01327-LHK |
| Plaintiff, | |
| v. | ORDER REFERRING PARTIES TO SETTLEMENT CONFERENCE, CONTINUING CASE MANAGEMENT CONFERENCE, AND REFERRING PLAINTIFF TO FLASH |
| TRANSIT AMERICA SERVICES, | |
| Defendant. | |

The Case Management Conference set for August 21, 2014 is vacated and continued to November 12, 2014.

The parties are referred to Magistrate Judge Cousins for a Magistrate Judge settlement conference within ninety days of this Order.

To get legal assistance, Mr. Hoko is referred to Steve Solomon at the Federal Legal Assistance Self-Help Center ("FLASH") at the San Jose Courthouse, located at 280 South 1st Street, 2nd Floor, Room 2070, San Jose, CA 95113, Phone: 408-297-1480.

**IT IS SO ORDERED.**

Dated: August 14, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-01327-LHK
ORDER REFERRING PARTIES TO SETTLEMENT CONFERENCE, CONTINUING CASE MANAGEMENT CONFERENCE, AND REFERRING PLAINTIFF TO FLASH