UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIONE HOKO,<br><br>        Plaintiff,<br><br>   vs.<br><br>TRANSITAMERICA SERVICES INC.,<br><br>        Defendant. | Case Number: 14-CV-001327 LHK<br><br>**ORDER APPOINTING PRO BONO COUNSEL FOR PLAINTIFF** |

    Plaintiff has requested and is in need of counsel to assist him in this matter. Bonnie Margaret Ross of the law firm Robinson & Wood, Inc., has volunteered to undertake limited scope representation of Plaintiff at the request of the Federal Legal Assistance Self Help program ("FLASH"). Accordingly, the Court appoints Bonnie Margaret Ross as counsel for Plaintiff in this matter.

    Ms. Ross is appointed for the limited scope of the court-ordered settlement conference to be held on September 19, 2014. Ms. Ross' representation of Mr. Hoko shall cease upon completion of the settlement conference proceeding.

    IT IS SO ORDERED.

1  Dated: September 9, 2014

_____
The Honorable Lucy Koh,
United States District Judge