1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| SIONE S. HOKO, | ) | Case No.: 14-CV-01327-LHK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER OF DISMISSAL WITH |
| v. | ) | PREJUDICE |
| | ) | |
| TRANSIT AMERICA SERVICES, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the Parties' Joint Stipulation for Dismissal, ECF No. 33, the case is hereby dismissed with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 3, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 14-CV-01327-LHK
ORDER OF DISMISSAL WITH PREJUDICE