United States District Court
Northern District of California

1
2
3
4      UNITED STATES DISTRICT COURT
5      NORTHERN DISTRICT OF CALIFORNIA
6      SAN JOSE DIVISION
7

| SIONE S. HOKO, | Case No. 5:15-cv-06211-EJD |
|---|---|
| Plaintiff, | |
| v. | **ORDER REFERRING CASE FOR CONSIDERATION OF RELATED CASE STATUS** |
| TRANSIT AMERICA SERVICES, INC, | |
| Defendant. | |

Pursuant to Civil Local Rule 3-12(c), the above-entitled action is referred to the Honorable Lucy H. Koh for a determination as to whether this case is related to <u>Hoko v. Transit America Services, Inc.</u>, Case No. 5:14-cv-01327-LHK.

**IT IS SO ORDERED.**

Dated: January 13, 2016

_____
EDWARD J. DAVILA
United States District Judge

1
Case No.: 5:15-cv-06211-EJD
ORDER REFERRING CASE FOR CONSIDERATION OF RELATED CASE STATUS