UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SIONE S. HOKO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>TRANSIT AMERICA SERVICES, INC.,<br><br>　　　　　Defendant. | Case No. 14-CV-01327-LHK<br>Case No. 15-CV-06211-EJD<br><br>**ORDER RE: CONSIDERATION OF RELATED CASE STATUS**<br><br>Re: Dkt. No. 35 |

On January 14, 2016, District Judge Edward Davila issued an order requesting the undersigned judge to consider whether *Hoko v. Transit America Services, Inc.*, No. 15-CV-6211-EJD (N.D. Cal.), is related to *Hoko v. Transit America Services, Inc.*, No. 14-CV-1327-LHK (N.D. Cal.). ECF No. 35. The deadline to file a response or statement of opposition has now passed. *See* Civil L.R. 3-12(e) (requiring response within four days of order).

The Court has carefully reviewed these cases, and finds that the cases are not related. Specifically, Civil Local Rule 3-12(a) provides that "[a]n action is related to another when . . . [t]he actions concern substantially the same . . . transaction or event." Civil L.R. 3-12(a). Here, all of the events in *Hoko v. Transit America Services, Inc.*, No. 15-CV-6211-EJD (N.D. Cal.),

1

Case No. 14-CV-01327-LHK
Case No. 15-CV-06211-EJD
ORDER RE: CONSIDERATION OF RELATED CASE STATUS

occurred after the events in *Hoko v. Transit America Services, Inc.*, No. 14-CV-1327-LHK (N.D. Cal.). *See* No. 15-CV-6211-EJD, ECF No. 1 ¶ 5 ("The discriminatory acts, which are the basis of this suit, occurred between May of 2014 and June of 2015."); No. 14-CV-1327-LHK, No. 28 ¶ 5 ("The discriminatory acts, which are the basis of this suit, occurred between July of 2012 and July of 2013."). Moreover, the cases pertain to different charges of employment discrimination, filed at different times, before the Equal Employment Opportunity Commission ("EEOC"). *See* No. 15-CV-6211-EJD, ECF No. 1 ¶ 7–8 (describing charges brought before EEOC in May and June 2015); No. 14-CV-1327-LHK, No. 28 ¶ 7 (describing charge brought before EEOC in December 2013).

Accordingly, *Hoko v. Transit America Services, Inc.*, No. 15-CV-6211-EJD (N.D. Cal.), and *Hoko v. Transit America Services, Inc.*, No. 14-CV-1327-LHK (N.D. Cal.), shall not be related, and *Hoko v. Transit America Services, Inc.*, No. 15-CV-6211-EJD (N.D. Cal.), shall not be reassigned to the undersigned judge.

**IT IS SO ORDERED.**

Dated: January 20, 2016

_____
LUCY H. KOH
United States District Judge